UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>ORNELAS, et al.,<br><br>       Defendant. | No. 1:22-cv-00909-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF BE DENIED LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 4)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Ricardo Martinez is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2022, the Magistrate Judge issued findings and recommendations suggesting that Plaintiff be denied leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g). (ECF No. 4.) On August 22, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 6.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

Accordingly,

1. The findings and recommendations, (ECF No. 4), issued on July 28, 2022 are adopted in full;
2. Plaintiff is denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g);
3. Within thirty (30) days of the date of service of this order, Plaintiff is required to pay the $402.00 filing fee in full for this action; and
4. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:    September 23, 2022

UNITED STATES DISTRICT JUDGE

2