UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>ORNELAS, et al.,<br><br>      Defendants. | 1:22-cv-00909-ADA-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF No. 10.)**<br><br>**DEADLINE TO PAY $402.00 FILING FEE: NOVEMBER 18, 2022** |

      Ricardo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

      On October 24, 2022, Plaintiff filed a motion for an extension of time to pay the $402.00 filing fee, pursuant to the Court's order issued on September 23, 2022. (ECF No. 10.)

      The Court finds good cause to grant Plaintiff an extension of time. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time **until November 18, 2022** in which to pay the $402.00 filing fee for this action, pursuant to the Court's order issued on September 23, 2022.

IT IS SO ORDERED.

    Dated: **October 27, 2022**              **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE