UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ORNELAS, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-00909-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CASE WITHOUT PREJUDICE, AND DIRECTING CLERK TO CLOSE CASE<br><br>(ECF Nos. 8, 9) |

　　　　Plaintiff Ricardo Martinez is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 14, 2022, the assigned Magistrate Judge issued findings and recommendations recommending this action be dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order issued on September 23, 2022, which required Plaintiff to pay the $402.00 filing fee in full within 30 days of that order.  (ECF No. 9.)

　　　　On October 24, 2022, Plaintiff filed objections to the findings and recommendations, requesting an extension of time to comply with the Court's September 23, 2022, order.  (ECF No. 10.)  On October 27, 2022, the Court granted Plaintiff a 14-day extension of time to pay the filing fee.  (ECF No. 11.)  The extended deadline, November 18, 2022, has now passed, and Plaintiff has failed to pay the $402.00 filing fee.  (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS SO ORDERED:

1. The findings and recommendations issued on October 14, 2022 (ECF No. 9), are adopted in full;
2. This case is dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order issued on September 23, 2022, requiring Plaintiff to pay the $402.00 filing fee; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 14, 2022

UNITED STATES DISTRICT JUDGE